IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIAL, PORTELA & CA., S.A., BIAL - HOLDING, S.A., and SUNOVION PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> v. <br><br> TORRENT PHARMACEUTICALS LTD. and TORRENT PHARMA INC., <br><br> Defendants. | C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | January 4, 2018 |
| Date NDA Holder Received Notice: | January 3, 2018 |
| Date Patentee(s) Received Second Notice: | January 8, 2018 |
| Date NDA Holder Received Second Notice: | January 8, 2018 |
| Date of Expiration of '431 Patent: | April 17, 2030 |
| Date of Expiration of '135 Patent: | April 21, 2026 |
| Date of Expiration of '244 Patent: | October 23, 2028 |
| Date of Expiration of '929 Patent: | April 21, 2026 |
| Date of Expiration of '747 Patent: | August 24, 2032 |
| Date of Expiration of '954 Patent: | September 13, 2028 |
| Hatch-Waxman Regulatory Exclusivity Deadline: | May 8, 2021 |

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Steven J. Balick* | */s/ Jack B. Blumenfeld* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com | Jack B. Blumenfeld (#1014)<br>Karen A. Jacobs (#2881)<br>1201 North Market Street, 16th Floor<br>Wilmington, DE 19801<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br><br>*Attorneys for Plaintiff Sunovion Pharmaceuticals Inc.* |

*Of Counsel:*

James B. Monroe
Jennifer H. Roscetti
Charles T. Collins-Chase
Lauren J. Dowty
Danielle C. Pfifferling
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4431
(202) 408-4000

*Attorneys for Plaintiffs BIAL - PORTELA & CA., S.A. and BIAL - HOLDING, S.A.*

Dated:  February 16, 2018