# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 4, 2020

The Honorable Christopher J. Burke            <u>VIA ELECTRONIC FILING</u>
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:     *BIAL - PORTELA & CA., S.A., et al. v. Torrent Pharmaceuticals Ltd., et al.*,
            C.A. No. 18-279-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Alkem Laboratories Limited, et al.*,
            C.A. No. 18-304-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Lupin Limited, et al.*,
            C.A. No. 18-312-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Jubilant Life Sciences Limited, et al.*,
            C.A. No. 18-336-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Dr. Reddy's Laboratories, Ltd., et al.*,
            C.A. No. 18-341-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Hetero Labs Limited, et al.*,
            C.A. No. 18-342-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. Apotex Inc., et al.*,
            C.A. No. 18-382-CFC-CJB

            *BIAL - PORTELA & CA S.A., et al. v. SPH Shanghai Zhongxi Pharmaceutical*
            <u>*Co., Ltd.*, C.A. No. 18-775-CFC-CJB</u>

Dear Judge Burke:

      The parties in the above-referenced matters respectfully request the scheduling of a discovery dispute teleconference at the Court's earliest convenience.

      The dispute at issue was the subject of verbal and e-mail communications by the parties on multiple occasions, culminating in a formal telephonic meet-and-confer on Wednesday February 19, 2020. The following law firms, including at least one Delaware counsel and at least one Lead counsel per party, participated in the February 19, 2020 teleconference:

The Honorable Christopher J. Burke
March 4, 2020
Page 2

<u>Delaware Counsel</u>:
ASHBY & GEDDES for Bial Plaintiffs
MORRIS, NICHOLS, ARSHT & TUNNELL LLP for Plaintiff Sunovion
RICHARDS, LAYTON & FINGER, P.A. for Torrent Defendants
GREENBERG TRAURIG, LLP for Alkem Defendants
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A. for Lupin Defendants
PRICKETT, JONES & ELLIOTT, P.A. for Jubilant Defendants
SMITH, KATZENSTEIN & JENKINS, LLP for DRL Defendants
POTTER ANDERSON & CORROON LLP for Hetero Defendants
FLASTER/GREENBERG P.C. for Apotex Defendants
GREENBERG TRAURIG, LLP for SPH

<u>Lead Counsel</u>:
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP for Bial Plaintiffs
MORRIS, NICHOLS, ARSHT & TUNNELL LLP for Plaintiff Sunovion
ROBINS KAPLAN LLP for Torrent Defendants
MCANDREWS, HELD & MALLOY, LTD. for Alkem Defendants
LOCKE LORD LLP for Lupin Defendants
MCNEELY, HARE & WAR LLP for Jubilant Defendants
WINDELS MARX LANE & MITTENDORF, LLP for DRL Defendants
CANTOR COLBURN LLP for Hetero Defendants
HAHN LOESER LLP for Apotex Defendants
PERGAMENT & CEPEDA LLP for SPH

The dispute requiring judicial attention involves the availability of unexpired samples of Defendants' respective ANDA products and Defendants' objection to producing expired product samples.

   Because the requested samples would need to undergo scientific testing, and because fact discovery closes on March 20 and opening expert reports are due on April 28, the parties respectfully request a teleconference date at the Court's earliest convenience.

                  Respectfully,

                  */s/ Steven J. Balick*

                  Steven J. Balick (#2114)

SJB/nlm

cc:  All counsel of record (via electronic mail)