**PHILLIPS, McLAUGHLIN & HALL, P.A.**

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON\*\*\*
MEGAN C. HANEY
TODD L. GOODMAN
PAUL S. SEWARD\*\*\*

ALSO MEMBER OF
\*PENNSYLVANIA BAR
\*\*NEW JERSEY BAR
+MARYLAND BAR

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pgmhlaw.com

April 1, 2020

**VIA CM/ECF**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 North King Street, Unit 31
Wilmington, DE 19801

    RE:    *Bial – Portela & CA S.A., et al. v. Lupin Limited, et al.*
              C.A. Nos. 18-279, 18-304, 18-312, 18-336, 18-341, 18-342, 18-382
              and 18-775-CFC

Dear Judge Connolly:

      Defendants write to respectfully request permission to move under Fed. R. Civ. P. 12(c) for a judgment on the pleadings of non-infringement of the two formulation patents – i.e., nos. '431 and '244 – in all of the above-captioned actions under the disclosure-dedication doctrine. Defendants believe that the facts herein fall precisely under Your Honor's rulings in *Eagle Pharms., Inc. v. Hospira, Inc.,* C.A. No. 18-1074 (CFC), Mem. Op. (D.I. 35) at 6-8 (D. Del. Dec. 16, 2019) (granting Rule 12(b)(6) dismissal motion), and *Eagle Pharms., Inc. v. Slayback Pharma LLC*, 382 F. Supp. 3d 341, 345-48 (D. Del. 2019) (granting Rule 12(c) dismissal motion), because the alleged equivalents are specifically and unambiguously disclosed in the patent specifications as alternatives, but are not claimed. Defendants' motion would completely resolve all infringement issues regarding the '431 and '244 patents as to all Defendants such that Plaintiffs' claims relating to these patents would be dismissed. Defendants have met and conferred with Plaintiffs, who do not agree to the filing of the proposed motion.

      Defendants have utilized this letter request in an effort to avoid burdening the Court with extensive briefing. If the Court prefers, Defendants will provide the Court with their proposed motion papers. Defendants propose to rely upon one short common legal section, with separate short sections specific to each respective Defendant's formulation. The word count would be well below the allowed limit. If Your Honor would prefer another format, Defendants will be happy to accommodate the Court.

                                          Respectfully submitted,

                                          */s/ John C. Phillips, Jr.*

                                          John C. Phillips, Jr. (#110)

cc:  Clerk of the Court via CM/ECF
      All counsel of record via CM/ECF and e-mail