**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 1, 2020

The Honorable Colm F. Connolly  **VIA ELECTRONIC FILING**
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *BIAL - PORTELA & CA., S.A.* Litigation:
       C.A. Nos. 18-279, 304, 312, 336, 341, 342, 382, 775-CFC-CJB

Dear Judge Connolly:

On behalf of the Plaintiffs, I am writing regarding Defendants' April 1, 2020 letter (D.I. 116 in C.A. No. 18-279-CFC) seeking leave to file a dispositive motion in the above-captioned Hatch-Waxman cases.

Under the scheduling order,[1] Defendants' request should have been made by motion rather than by letter, and although we so noted during the parties' meet-and-confer, Defendants have not complied. Unlike with motion practice, the local rules do not address the timing and length of responses to letters, and if the Court is inclined to consider Defendants' motion in its current form, Plaintiffs respectfully request the Court's guidance as to the date by which we should respond, as well as with respect to the length of our response and any formatting preferences.

Respectfully,

*/s/ Steven J. Balick*

Steven J. Balick (#2114)

SJB/nml
cc:   All counsel of record (via electronic mail)

---

[1] *See* November 16, 2018 scheduling order (D.I. 28, ¶ 12, in C.A. No. 18-279-CFC), which is consistent with Your Honor's current Scheduling Order for Patent Cases in Which Infringement is Alleged, Revised March 2, 2020, at ¶ 21.

{01550896;v1 }