

Frederick L. Cottrell, III
302-651-7509
Cottrell@RLF.com

May 12, 2020

**VIA CM/ECF**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 North King Street, Unit 31
Wilmington, DE 19801

> Re: ***Bial – Portela & CA S.A., et al. v. Torrent Pharmaceuticals Ltd., et al.*,**
> **C.A. Nos. 18-279, 18-304, 18-312, 18-336, 18-341, 18-342, 18-382 and 18-775-CFC**

Dear Judge Connolly:

The Court's April 6, 2020 Oral Order states that "the Court is open to revisiting Defendants['] request depending on the Federal Circuit's decision in the appeal of *Eagle Pharms., Inc. v. Slayback Pharma LLC*, 382 F. Supp. 3d 341 (D. Del. 2019)." On May 8, 2020, the Federal Circuit affirmed Your Honor's *Slayback* judgment of non-infringement on the pleadings under the disclosure-dedication doctrine. As such, Defendants write to renew the request made in their April 1, 2020 correspondence to the Court (C.A. No. 18-279, D.I. 116) and request permission to file a motion under Fed. R. Civ. P. 12(c) for a judgment of non-infringement on the pleadings of the two formulation patents – the '431 and '244

The Honorable Colm F. Connolly
May 12, 2020
Page 2

patents – in all of the above-captioned actions under the disclosure-dedication doctrine. Defendants have again met and conferred with Plaintiffs, who do not agree to the filing of the proposed motion.

As stated in Defendants' April 1, 2020 correspondence, Defendants have utilized this letter in an effort to avoid burdening the Court with motions for leave and the associated briefing. However, if the Court prefers, Defendants will file formal motions for leave. With respect to the substantive Motions for Judgment on the Pleadings, Defendants propose to rely upon one short common legal section, with separate sections addressing the issues specific to each Defendant's formulation. If Your Honor would prefer another format, Defendants will be happy to accommodate the Court.

Respectfully,

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)

FLC:klm

cc: Counsel of Record (via CM/ECF & Email)