

Frederick L. Cottrell, III
302-651-7509
Cottrell@RLF.com

May 15, 2020

**VIA CM/ECF**

The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 North King Street, Unit 31
Wilmington, DE 19801

> Re:  *Bial – Portela & CA S.A., et al. v. Torrent Pharmaceuticals Ltd., et al.*,
> C.A. Nos. 18-279, 18-304, 18-312, 18-336, 18-341, 18-342, 18-382 and 18-775-CFC

Dear Judge Connolly:

Defendants here respond to Plaintiffs' May 13th letter to the Court regarding Defendants' renewed request for permission to move for judgment on the pleadings of non-infringement of the '431 and '244 formulation patents in the above-captioned cases. Plaintiffs' letter is inaccurate, and Defendants write briefly to assure the Court that a judgment of non-infringement under the disclosure-dedication rule would dispose of the two formulation patents.

The Honorable Colm F. Connolly
May 15, 2020
Page 2

Each Defendant has carefully analyzed its formulation and the patents, in light of the disclosure-dedication jurisprudence, and is confident in its good-faith basis for asserting non-infringement under the rule: Plaintiffs accuse Defendants of equivalents infringement for using alternatives dedicated to the public. A favorable ruling would dispose of these patents. Plaintiffs' apparent standard—"resolv[ing] all infringement issues"—is not a requirement for disposition of these patents. "If even one limitation is missing or not met as claimed, there is no literal infringement." *Mas-Hamilton Group v. LaGard, Inc.*, 156 F.3d 1206, 1211 (Fed. Cir. 1998). And under *Slayback*, unclaimed alternatives dedicated to the public cannot be recaptured under the doctrine of equivalents.

Defendants respectfully request permission for the opportunity to have the Court dispose of these two patents, in the hope of saving the Court and the parties needless expenditure of resources.

The Honorable Colm F. Connolly
May 15, 2020
Page 3

    Respectfully,

    */s/ Frederick L. Cottrell, III*

    Frederick L. Cottrell, III (#2555)

FLC:klm

cc: Counsel of Record (via CM/ECF & Email)