# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

January 12, 2021

The Honorable Colm F. Connolly                          VIA ELECTRONIC FILING
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:     *BIAL - PORTELA & CA., S.A., et al. v. Torrent Pharmaceuticals Ltd., et al.*,
        C.A. No. 18-279-CFC-CJB; C.A. No. 20-781-CFC-CJB

        *BIAL - PORTELA & CA S.A., et al. v. Alkem Laboratories Limited, et al.*,
        C.A. No. 18-304-CFC-CJB; C.A. No. 20-786-CFC-CJB

        *BIAL - PORTELA & CA S.A., et al. v. Jubilant Life Sciences Limited, et al.*,
        C.A. No. 18-336-CFC-CJB; C.A. No. 20-783-CFC-CJB

        *BIAL - PORTELA & CA S.A., et al. v. Dr. Reddy's Laboratories, Ltd., et al.*,
        C.A. No. 18-341-CFC-CJB; 20-784-CFC-CJB

        *BIAL - PORTELA & CA S.A., et al. v. Apotex Inc., et al.*,
        C.A. No. 18-382-CFC-CJB; 20-785-CFC-CJB

Dear Judge Connolly:

        I write on behalf of the parties in connection with Paragraph 17 of the July 20, 2020
Scheduling Order (D.I. 147 in C.A. No. 18-279) to confirm the parties met and conferred to
discuss the two disputed terms for claim construction in connection with the assertion of U.S.
Patent Nos. 10,675,287, 10,695,354, and 10,702,536 (collectively referred to in the Scheduling
Order as the "New Patents") as set forth in the joint claim construction chart (D.I. 25 in C.A. 20-
781) and the joint claim construction brief (D.I. 41 in C.A. 20-781).

        The parties discussed the two disputed terms for approximately fifteen minutes. They
were unable to resolve their disputes for these terms. An amended joint claim chart will be filed
to provide updated citations to the intrinsic record cited in the joint claim construction brief.

{01652118;v1 }

The Honorable Colm F. Connolly
January 12, 2021
Page 2

The following law firms, including Delaware counsel and lead counsel, participated in a discussion on January 7, 2021:

Delaware Counsel:
ASHBY & GEDDES:
Steven J. Balick for Bial Plaintiffs
MORRIS, NICHOLS, ARSHT & TUNNELL LLP:
Karen Jacobs, Jennifer Ying, and Lucinda C. Cucuzzella for Plaintiff Sunovion
RICHARDS, LAYTON & FINGER, P.A.:
Christine Haynes for Torrent Defendants
GREENBERG TRAURIG, LLP:
Benjamin Schladweiler for Alkem Defendants
PRICKETT, JONES & ELLIOTT, P.A.:
J. Clayton Athey for Jubilant Defendants
SMITH, KATZENSTEIN & JENKINS, LLP:
Eve H. Ormerod for DRL Defendants


Lead Counsel:
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP:
Jennifer H. Roscetti, Charles T. Collins-Chase, and Lauren J. Dowty for Bial Plaintiffs
MORRIS, NICHOLS, ARSHT & TUNNELL LLP:
Karen Jacobs, Jennifer Ying, and Lucinda C. Cucuzzella for Plaintiff Sunovion
ROBINS KAPLAN LLP.:
Jeffrey Alan Hovden for Torrent Defendants
McANDREW HELD & MALLOY
Aaron F. Barkoff for Alkem Defendants
McNEELY, HARE & WAR LLP:
William D. Hare for Jubilant Defendants
WINDELS MARX:
Alan H. Pollack for DRL Defendants
HAHN, LOESER & PARKS LLP:
Steven E. Feldman, and Sherry L. Rollo for Apotex Defendants
KATTEN MUCHIN ROSENMAN LLP:
Jillian M. Schurr for Apotex Defendants

       Should the Court wish to discuss, counsel are available at the Court's convenience.

       Respectfully,

       */s/ Andrew C. Mayo*

       Andrew C. Mayo (#5207)

ACM/nlm
cc:     All counsel of record (via electronic mail)

{01652118;v1 }